# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq. <br> **Plaintiff (Petitioner)** <br><br> v. <br><br> ANTHONY V. FERMAMENTO; et al. <br> **Defendant (Respondent)** | CASE and/or DOCKET No.: 16-06462 <br><br> Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, KENDRA DAY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ANTHONY V. FERMAMENTO the above process on the 16 day of February, 2017, at 12:05 o'clock, PM, at 1020 S. MAIN ST QUAKERTOWN, PA 18951, County of Bucks, Commonwealth of Pennsylvania:

**Manner of Service:**

By handing a copy to:

- [ ] An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*
- [x] The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action*
- [ ] An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action*

\* Name: ASHLEY PHILLIPS
Relationship/Title/Position: DIRECTOR OF NURSING
Remarks: _____
Description: Approximate Age 31-35   Height 5'9"   Weight 125   Race WHITE   Sex FEMALE   Hair BLONDE

Commonwealth/State of Pa
County of Berks
) SS:

Before me, the undersigned notary public, this day, personally, appeared _Kendra Day_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-162079
Case ID #: 4813640

Subscribed and sworn to before me this **20** day of **Feb**, 20**17**

_Notary Public_

**COMMONWEALTH OF PENNSYLVANIA**
**NOTARIAL SEAL**
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017