# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>ANTHONY V. FERMAMENTO; et al.<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 16-06462<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ANTHONY V. FERMAMENTO the above process on the 12 day of April, 2017, at 3:30 o'clock, PM, at 32 LINDA COURT A/K/A 32 SOUTH LINDA COURT RICHLANDTOWN, PA 18955, County of Bucks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: SHAYLA PANNEPACKER
Relationship/Title/Position: CO-RESIDENT
Remarks: _____
Description: Approximate Age 21-25   Height 5'5   Weight 120   Race WHITE   Sex FEMALE   Hair BROWN
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of **Pa**                    )
                                                ) SS:
County of **Berks**                             )

Before me, the undersigned notary public, this day, personally, appeared **D'Wayne Henriksson** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

Subscribed and sworn to before me
this **14** day of **April**, 20 **17**.

_____
Notary Public

File Number: USA-162079
Case ID #: 4856177

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017