IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KATHLEEN BENEDICT v. BOROUGH OF MALVERN, et al. | CIVIL ACTION NO. 15-6462 |
|---|---|

## SCHEDULING ORDER

**AND NOW**, this 6th day of June, 2017, after a pretrial conference pursuant to Rule 16, Federal Rules of Civil Procedure:

1. Discovery deadline:  October 16, 2017.

2. Exchange of expert reports pursuant to Rule 26(a)(2).

    Plaintiff:    August 15, 2017.

    Defendant:    September 15, 2017.

3. Deadline for dispositive motions:    November 15, 2017.

4. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

    Plaintiff:    December 1, 2017.

    Defendant:    December 15, 2017.

5. Date for trial or entry into trial pool:  January 15, 2018.

6. Counsel will have settlement discussions with a private mediator in July 2017.

    The parties shall follow Judge Baylson's pretrial and trial procedures.

                                                                **BY THE COURT:**

                                                                /s/ Michael M. Baylson
                                                                _____
                                                                **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 15\15-6462 Benedict v McCann\15cv6462 Sched Order.doc