IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                    :
         Plaintiff,

      v.                                        :               CIVIL ACTION
                                     NO. 16-6462
ANTHONY V. FERMAMENTO
         Defendant.                       :

**ORDER**

     AND NOW, this 12th day of June, 2017, Plaintiff is hereby ORDERED to SHOW

CAUSE in writing duly filed via the court's Electronic Case Filing ("ECF") system **on or before**

**June 26, 2017**, as to why its claims against the above-captioned Defendant should not be

dismissed for want of prosecution.

                               BY THE COURT:

                               /s/  C. Darnell Jones,   II    J.