IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | | |
| | | |
| v. | : | CIVIL ACTION |
| | | NO. 16-6462 |
| ANTHONY V. FERMAMENTO | | |
| Defendant. | : | |

**ORDER**

AND NOW, this 12th day of July, 2017, it is hereby ORDERED that Plaintiff's Motion for Appointment of a Guardian Ad Litem Pursuant to Fed.R.Civ.P. 17(c) (Doc. No. 12) be REFERRED to United States Magistrate Judge Lynne A. Sitarski for disposition.

BY THE COURT:

/s/ C. Darnell Jones, II   J.