# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ANTHONY V. FERMAMENTO, | : | No.   16-6462 |
| Defendant. | : | |

## ORDER

**AND NOW**, this <u>   18TH   </u> day of July, 2017, **IT IS HEREBY ORDERED** that a **HEARING** on Plaintiff's Motion for Appointment of a Guardian Ad Litem (ECF No. 12) in the above captioned case will be held on **Friday, July 28, 2017, at 10:00 A.M.,** before the Honorable Lynne A. Sitarski, United States Magistrate Judge, in Courtroom 3-E, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.   Counsel for the United States is **DIRECTED** to have a copy of this Order served on the proposed *guardian ad litem*, Jason Fermamento, via process server.   Mr. Jason Fermamento and counsel for the United States are directed to appear in accordance with this Order.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge