# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>ANTHONY V. FERMANENTO; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 16-064262<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER**

I, KENDRA DAY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JASON FERMAMENTO the above process on the 25 day of July, 2017, at 9:40 o'clock, PM, at 32 LINDA COURT A/K/A 32 SOUTH LINDA COURT RICHLANDTOWN, PA 18955, County of Bucks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age **26-30** Height **5'9"** Weight **240** Race **WHITE** Sex **MALE** Hair **BROWN**
Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of **Pa** )
) SS:
County of **Berks** )

Before me, the undersigned notary public, this day, personally, appeared **Kendra Day** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-162079
Case ID #: 4941720

Subscribed and sworn to before me this **26** day of **JULY**, 20**17**.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017