IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ANTHONY V. FERMAMENTO, | : | No.   16-6462 |
| Defendant. | : | |

**ORDER**

**AND NOW**, this ___28TH___ day of July, 2017, upon consideration of Plaintiff's Motion for Appointment of Guardian Ad Litem (ECF No. 12),[1] and the Court having conducted a telephone conference with the parties, it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Jason Petrucelli shall act as *Guardian Ad Litem* on behalf of Defendant, Anthony V. Fermamento**.**[2]   Mr. Petrucelli is reminded that he must promptly notify the Court and the Plaintiff of any change of his address or telephone number.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] By Order dated July 12, 2017, the Honorable C. Darnell Jones referred this motion to the undersigned for disposition pursuant to 28 § U.S.C. 636(b)(1)(B).   *See* ECF Docket No. 14.

[2] Counsel for the United States has represented, and Mr. Petrucelli has confirmed, that Mr. Fermamento is elderly and in poor health, is in a nursing facility, and is unable to protect his own interests in this matter.   Mr. Petrucelli represents that he is Mr. Fermamento's only child, and that Mr. Fermamento has no other close relatives.   Finally, Mr. Petrucelli confirms that he is willing to accept this appointment and act as *guardian ad litem* on behalf of Mr. Fermamento.