

IN THE COMMON PLEAS COURT OF BUCKS COUNTY PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-06462

Sheriff's Sale Date: _____

v.

ANTHONY V. FERMAMENTO, ET AL,
Defendant (Respondent)

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JASON PETRUCELLI the above process on the 3 day of August, 2017, at 12:10 o'clock, PM, at 32 LINDA COURT A/K/A 32 SOUTH LINDA COURT RICHLANDTOWN, PA 18955, County of Bucks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: JENNIFER MACK
Relationship/Title/Position: SISTER
Remarks: _____
Description: Approximate Age 46-50  Height 5'6  Weight 180  Race WHITE  Sex FEMALE  Hair BROWN
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of  Pa                    )
                                             ) SS:
County of  Berks                             )

Before me, the undersigned notary public, this day, personally, appeared _____D'Wayne Henriksson_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this 7 day of Aug, 20 17.

_____
Notary Public

File Number: USA-162079
Case ID #: 4952827

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017