

**U.S. Department of Justice**

United States Marshals Service

*Eastern District of PA*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 16-06462

FILED
AUG 1 0 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

I, PATRICK D. ENNIS , a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 32 LINDA COURT AKA 32 SOUTH LINDA COURT, RICHLANDTOWN, PA 18955

The public sale was held on July 26, 2018

and the highest bidder was U.S. DEPARTMENT OF AGRICULTURE

who bid the amount of $ 1.00 .

By: _____
Deputy U.S. Marshal
PATRICK D. ENNIS
SDUSM