IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | | |
| | | |
| v. | : | CIVIL ACTION |
| | | NO. 16-6462 |
| ANTHONY V. FERMAMENTO | | |
| Defendant. | : | |

**ORDER**

AND NOW, this 29th day of August, 2018, upon consideration of Plaintiff's Motion for Confirmation of Public Sale (ECF No. 30), which states that notice has been given to all lienholders of record in the above-captioned matter and no objection has been made to the sale within the thirty (30)-day period, it is hereby ORDERED as follows:

(1) The public sale held on July 26, 2018 is hereby CONFIRMED; and,

(2) The United States Marshals shall execute and deliver to the United States Department of Agriculture, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of ANTHONY FERMAMENTO in and to the premises sold located at 32 Linda Court a/k/a 32 South Linda Court, Richlandtown, PA 18955.

BY THE COURT:

/s/ C. Darnell Jones,  II    J.